UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA FRANKLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 2:25-cv-02326-DAD-CKD<br><br>ORDER GRANTING MOTION TO CONTINUE DUE TO LAPSE IN APPROPRIATIONS<br><br>(Doc. No. 4) |

On October 1, 2025, Assistant United States Attorney Brodie M. Butland filed on behalf of defendant a motion for a continuance of the date for the filing of an answer to plaintiff's complaint in this action in light of the lapse of appropriations to the United States Department of Justice. (Doc. No. 4.) Good cause appearing, the court GRANTS defendant's motion to continue and VACATES all previously set dates and deadlines in this action, if any. The parties are directed to file a joint status report within seven (7) days of the resumption of appropriations to the United States Department of Justice regarding resetting deadlines for filing a responsive pleading and for an Initial Scheduling Conference.

    IT IS SO ORDERED.

Dated:   **October 16, 2025**                    /s/ Dale A. Drozd
                                                      DALE A. DROZD
                                                      UNITED STATES DISTRICT JUDGE

1